**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

DURECO K. BROWN,

     Plaintiff,

v.                                                   CASE NO. 3:16cv303/MCR/EMT

NURSE B.C. SMITH, et al.,

     Defendants.

_____/

**O R D E R**

     This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 29, 2016. ECF No. 6. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's complaint is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.     The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 16th day of September 2016.

_s/ M. Casey Rodgers_

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**